TROY AND NEW ENGLAND RAILWAY COMPANY, Respondent, v. K. L. W. M., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

REBECCA M. VALUE, Respondent, v. THE HARTWOOD CLUB, a Domestic Corporation, and J. MORTIMER TOWNLEY, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

ANNA CAMP, as Sole Administratrix, etc., of WILLIS CAMP, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion granted, and cause set down for reargument May 16, 1922. [See 201 App. Div. 78, 87.]

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ELLEN A. CARR, Respondent, for Compensation under the Workmen's Compensation Law, by Reason of the Death of Her Son ALBERT A. CARR, v. DONNER STEEL COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award reversed and matter remitted to the State Industrial Board to report upon the subject of dependency. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of J. J. MCNAMARA, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK STATE RAILWAYS, Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs.

ELIZABETH BISCHOFF, Respondent, v. ANNA MARIE ROSENBERGER and Others, Appellants.— Motion denied, with ten dollars costs.

MARY BARBER and Others, Respondents, v. WILLIAM H. ROWE, JR., and Others, Appellants.— Motion denied, with ten dollars costs. Van Kirk, J., not sitting.

DELAWARE MILLS, INC., Appellant, v. CARPENTER BROTHERS, INC., Respondent.— Motion to resettle order granted.

ALICE I. IRISH and CHARLOTTE SHERMAN, Respondents, v. AARON JOHNS, Appellant.— Motion granted, with ten dollars costs.

JANE CASSIDY, as Administratrix, etc., of PATRICK J. CASSIDY, Deceased, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Motion for reargument denied. Decision and order amended to read as follows: Judgment and order reversed and complaint dismissed, with costs. Opinion by H. T. Kellogg, J. [Reported in 200 App. Div. 241.] All concur, except Cochrane, P. J. dissenting.

TRIPO KRSTOVIC, Respondent, v. CHARLES H. VAN BUREN and SAMUEL W. DAY, Copartners Doing Business under the Name and Style of C. H. VAN BUREN & COMPANY, Appellants.— Motion denied, with ten dollars costs. Hinman, J., not sitting.

In the Matter of the Petition of EDWIN E. BECKER, Respondent, for a Writ of Mandamus to GEORGE R. LUNN, as Mayor of the City of Schenectady, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ARTHUR C. GRANT, Appellant, for Compensation under the Workmen's Compensation Law, v. UNITED STATES RAILROAD ADMINISTRATION, and NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Employer, Respondents.— Motion granted on condition that the claimant serves proposed case within thirty days.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim